# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DARCY, DAVID | § | Case No. 11-38273 |
| DARCY, RENEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - DARCY**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-38273 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DARCY, DAVID | | | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | DARCY, RENEE | | | 341(a) Meeting Date: | 10/17/11 |
| For Period Ending: | 08/29/13 | | | Claims Bar Date: | 05/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>14 N 869 Castle Ave., East Dundee, IL Kane County Single family home Sole obligor on note & title, David Darcy | 167,500.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate - Rental Property<br>202 Bayliss, Rockford, IL - No liens or mortgages. Trustee anticipated entering a rent-to-own contract with tenant and was collecting $500.00 per month rental income. Collected insurance proceeds and demolished as a result of fire damage. Abandoned vacant lot back to Debtor. | 43,600.00 | 43,600.00 | OA | 14,125.00 | FA |
| 3. Checking Account<br>Charter One Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account<br>Charter One Bank | 683.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>Tv, Washer, Dryer, Stove, Refrigerator, Beds, Lamps, Sofas/Chairs, Dressers, Bicycle, Stereo, VCR/DVD | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7. Stocks & Interest in Businesses<br>Old Country Steel Windows, Inc. Incorporated 2011 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles | 15,225.00 | 0.00 | | 0.00 | FA |

**FORM 1 - DARCY**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-38273 CAD Judge: CAROL A. DOYLE | | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | DARCY, DAVID | | | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | DARCY, RENEE | | | 341(a) Meeting Date: | 10/17/11 |
| | | | | Claims Bar Date: | 05/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2007 Chevy Silverado 30,000 miles | | | | | |
| 9. Vehicles  2005 Pontiac Grand Prix 79,000 miles | 4,525.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles  1999 Chevy Silverado Truck 80,000 miles | 2,350.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles  2007 Suzuki GSX R 1000 | 4,965.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles  1995 Honda Magna Deluxe | 1,725.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies (u)  Insurance Proceeds from Fire | 0.00 | 37,140.00 | | 37,181.34 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $243,273.00     $80,740.00     $51,306.35     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Ver: 16.05c

Case 11-38273    Doc 50    Filed 09/10/13    Entered 09/10/13 12:12:35    Desc Main
            Document      Page 5 of 18

**FORM 1 - DARCY**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-38273    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | Date Filed (f) or Converted (c):    09/21/11 (f) |
| | DARCY, RENEE | 341(a) Meeting Date:    10/17/11 |
| | | Claims Bar Date:    05/14/13 |

Trustee filed an objection to the Debtors' claimed exemptions in real property; pursuant to the Court's order dated December 1, 2011, the claimed exemptions were disallowed; the real property located in Rockford has tenants and the Trustee has collected post-petition rent from the tenants; Trustee negotiated with the tenants regarding installment purchase of the real property in Rockford; Prior to finalizing the sale transaction, the property suffered fire damage and was condemned. Trustee collected insurance proceeds and resolved real estate claims.

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 09/30/13

     /s/    Elizabeth C. Berg
_____ Date: 08/29/13
     ELIZABETH C. BERG

FORM 2 - Page 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 11-38273 -CAD |
| Case Name: | DARCY, DAVID |
| | DARCY, RENEE |
| Taxpayer ID No: | *******0051 |
| For Period Ending: | 08/29/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4387  Money Market Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/11 | 2 | Robert King<br>c/o Western Union Financial Services<br>Payable @ Wells Fargo Bank<br>Grand Junction  CO | Nov '11 Rent - Bayliss | 1122-000 | 600.00 | | 600.00 |
| 12/06/11 | 2 | King, Robert<br>Balckhawk State Bank Money Order<br>1455 West State Street<br>Rockford  IL  661102 | Rent - Dec 2011 | 1122-000 | 500.00 | | 1,100.00 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,100.01 |
| 12/29/11 | | Transfer to Acct #*******2731 | Bank Funds Transfer | 9999-000 | | 1,100.01 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,100.01 | 1,100.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,100.01 | |
| Subtotal | 1,100.01 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,100.01 | 0.00 | |

Page Subtotals       1,100.01       1,100.01

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24
Ver: 16.05c

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-38273 -CAD | Trustee Name: Elizabeth C. Berg |
| Case Name: DARCY, DAVID | Bank Name: Congressional Bank |
| DARCY, RENEE | Account Number / CD #: *******2731 Checking Account |
| Taxpayer ID No: *******0051 | |
| For Period Ending: 08/29/13 | Blanket Bond (per case limit): $ 100,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4387 | Bank Funds Transfer | 9999-000 | 1,100.01 | | 1,100.01 |
| 02/08/12 | 2 | Tiffiany King P.O. Box 1272 Rockford IL 61105 | Jan/Feb '12 Rent - Bayliss | 1122-000 | 900.00 | | 2,000.01 |
| 02/16/12 | 2 | Tiffiany King P.O. Box 1272 Rockford IL 61105 | Additional Feb '12 Rent - Bayliss | 1122-000 | 125.00 | | 2,125.01 |
| 02/17/12 | 003001 | State Farm Insurance Company c/o Jay Janese Insurance Agency 311 Randall Road South Elgin IL 60177 | Property Insurance Insurance Coverage for Property located at 202 Bayliss, Rockford, IL 1/2 year premium (to 8/2012) | 2420-000 | | 159.50 | 1,965.51 |
| 02/21/12 | 003002 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Blanket Bond #016026455 | 2300-000 | | 1.53 | 1,963.98 |
| 03/06/12 | 2 | Tiffiany King P.O. Box 1272 Rockford IL 61105 | Mar '12 Rent - Bayliss | 1122-000 | 500.00 | | 2,463.98 |
| 03/09/12 | 2 | Tiffiany King P.O. Box 1272 Rockford IL 61105 | Downpayment - Sale RE | 1110-000 | 500.00 | | 2,963.98 |

Page Subtotals 3,125.01 161.03

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.05c

FORM 2 - Page 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-38273 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | DARCY, DAVID | Bank Name: | Congressional Bank |
| | DARCY, RENEE | Account Number / CD #: | *******2731 Checking Account |
| Taxpayer ID No: | *******0051 | | |
| For Period Ending: | 08/29/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | Apr '12 Rent - 202 Bayliss | 1122-000 | 500.00 | | 3,463.98 |
| 05/18/12 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | May '12 Rent - Bayliss | 1122-000 | 500.00 | | 3,963.98 |
| 06/22/12 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | June '12 Rent - Bayliss | 1122-000 | 500.00 | | 4,463.98 |
| 08/06/12 | 003003 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin IL 60177 | Property Insurance<br>Insurance Coverage for Property located at 202 Bayliss, Rockford, IL<br>1/2 year premium (to 2/2013) | 2420-000 | | 160.50 | 4,303.48 |
| 11/06/12 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | Jul, Aug, Sept '12 Rent - Bayliss | 1122-000 | 1,500.00 | | 5,803.48 |
| 02/12/13 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | Oct/Nov 2012 Rent | 1122-000 | 1,000.00 | | 6,803.48 |
| 02/15/13 | 003004 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 5.63 | 6,797.85 |

Page Subtotals 4,000.00 166.13

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 16.05c

FORM 2 - Page 9

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38273 -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | Bank Name: | Congressional Bank |
|  | DARCY, RENEE | Account Number / CD #: | *******2731 Checking Account |
| Taxpayer ID No: | *******0051 |  |  |
| For Period Ending: | 08/29/13 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | New Orleans, LA 70139 |  |  |  |  |
| 02/15/13 | 003005 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin IL 60177 | Property Insurance<br>Insurance Coverage for Property located at 202 Bayliss, Rockford, IL<br>1/2 year premium (to 8/2013) | 2420-000 |  | 162.00 | 6,635.85 |
| 02/26/13 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL 61105 | Dec 12 , Jan -Feb 13 & Down Payment | 1122-000 | 4,000.00 |  | 10,635.85 |
| 03/08/13 |  | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 |  | 10.00 | 10,625.85 |
| 03/12/13 | 003006 | Winnebago County Clerk<br>404 Elm Street, Suite 104<br>Rockford, IL 61101 | Certification of Property Tax - Fee<br>Clerk's fee for certification of property taxes | 2990-000 |  | 5.00 | 10,620.85 |
| 03/27/13 | 2 | State Farm Fire and Casualty Company<br>Bloomington, Illinois | LOST RENT INSURANCE PROCEEDS | 1290-000 | 3,000.00 |  | 13,620.85 |
| 03/27/13 | 13 | State Farm Fire and Casualty Company<br>Bloomington, Illinois | INSURANCE PROCEEDS FROM FIRE | 1290-000 | 37,140.00 |  | 50,760.85 |
| 04/22/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300 | Monthly Bank Service Fee - Mar 13 | 2600-000 |  | 16.78 | 50,744.07 |

Page Subtotals       44,140.00       193.78

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38273 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | DARCY, DAVID | | Bank Name: | Congressional Bank |
| | DARCY, RENEE | | Account Number / CD #: | *******2731 Checking Account |
| Taxpayer ID No: | *******0051 | | | |
| For Period Ending: | 08/29/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 05/09/13 | 003007 | WINNEBAGO COUNTY COLLECTOR<br>404 Elm Street, Rm. 101<br>Rockford, IL 61101 | 2010 PROPERTY TAXES<br>2010 Property Taxes for 202 Bayliss Avenue,<br>Rockford, IL 61101. Allowed per Court Order dated<br>May 2, 2013. | 2820-000 | | 2,592.29 | 48,151.78 |
| 05/09/13 | 003008 | WINNEBAGO COUNTY COLLECTOR<br>404 Elm Street, Rm. 101<br>Rockford, IL 61101 | 2011 PROPERTY TAXES<br>202 Bayliss Avenue, Rockford, IL 61101. Allowed<br>per Court Order dated May 2, 2013. | 2820-000 | | 2,436.86 | 45,714.92 |
| 05/09/13 | 003009 | Tiffany King<br>P.O. Box 1272<br>Rockford, IL 61105 | REIMBURSEMENT<br>Reimbursement on account of down payments paid by<br>tenant towards purchase of property.<br>Allowed via Court Order on May 2, 2013. | 8500-002 | | 3,125.00 | 42,589.92 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 52.15 | 42,537.77 |
| 05/30/13 | 003010 | Northern Illinois Service Co.<br>4781 Sandy Hollow Road<br>Rockford IL 61109 | Demo of 202 Bayliss - Inv.# 6843<br>Allowed per Court Order dated May 2, 2013. | 2990-000 | | 7,650.00 | 34,887.77 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 49.15 | 34,838.62 |

Page Subtotals          0.00          15,905.45

FORM 2 Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-38273 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | | Bank Name: | Congressional Bank |
| | DARCY, RENEE | | Account Number / CD #: | *******2731 Checking Account |
| Taxpayer ID No: | *******0051 | | | |
| For Period Ending: | 08/29/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - June 13 | 2600-000 | | 37.37 | 34,801.25 |
| 07/29/13 | 003011 | Treasurer of Winnebago County<br>P.O. Box 1216<br>Rockford IL 61105-1216 | 2012 Property Taxes<br>2012 Property Taxes = $2.050.71 - Allowed per Court Order on 7/25/13<br>11-21-108-022 | 2820-000 | | 2,050.71 | 32,750.54 |
| 07/29/13 | 003012 | Renee Darcy<br>c/o James Young, Attorney<br>47 Dupage Court<br>Elgin IL 60120 | Estimated Proration - 2013 Taxes<br>Estimated Proration on account of the 2013 Property Taxes - Allowed per Court Order on 7/25/13. | 2820-000 | | 900.00 | 31,850.54 |
| 08/12/13 | 13 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin IL 60177 | Insurance Refund - Property Ins. | 1290-000 | 41.34 | | 31,891.88 |

Page Subtotals  41.34  2,988.08

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 16.05c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38273 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | DARCY, DAVID | | Bank Name: | Congressional Bank |
| | DARCY, RENEE | | Account Number / CD #: | *******2731 Checking Account |
| Taxpayer ID No: | *******0051 | | | |
| For Period Ending: | 08/29/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 51,306.35 | 19,414.47 | 31,891.88 |
|  | Less: Bank Transfers/CD's | 1,100.01 | 0.00 | |
|  | Subtotal | 50,206.34 | 19,414.47 | |
|  | Less: Payments to Debtors | | 3,125.00 | |
|  | Net | 50,206.34 | 16,289.47 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********4387 | 1,100.01 | 0.00 | 0.00 |
| Checking Account - ********2731 | 50,206.34 | 16,289.47 | 31,891.88 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 51,306.35 | 16,289.47 | 31,891.88 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| | | EXHIBIT C - DARCY | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2013 |

Case Number: 11-38273
Debtor Name: DARCY, DAVID

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999 2420-75 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin  IL  60177 | Administrative | | $159.50 | $159.50 | $0.00 |
| 999 2420-75 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin  IL  60177 | Administrative | | $160.50 | $160.50 | $0.00 |
| 999 2990-00 | Northern Illinois Service Co.<br>4781 Sandy Hollow Road<br>Rockford IL  61109 | Administrative | | $7,650.00 | $7,650.00 | $0.00 |
| 001 2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Administrative | | $5,815.32 | $0.00 | $5,815.32 |
| 001 3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $11,567.00 | $0.00 | $11,567.00 |
| 999 2820-00 | Treasurer of Winnebago County<br>P.O. Box 1216<br>Rockford  IL  61105-1216 | Administrative | | $2,050.71 | $2,050.71 | $0.00 |
| 001 3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $960.00 | $0.00 | $960.00 |
| 999 2820-00 | Renee Darcy<br>c/o James Young, Attorney<br>47 Dupage Court<br>Elgin IL 60120 | Administrative | | $900.00 | $900.00 | $0.00 |
| 999 2420-75 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>S. Elgin, IL 60177 | Administrative | | $162.00 | $162.00 | $0.00 |
| 001 3120-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $51.26 | $0.00 | $51.26 |
| BOND 999 2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Administrative | | $7.16 | $7.16 | $0.00 |
| 000001 070 7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | Unsecured | | $1,474.09 | $0.00 | $1,474.09 |

| | | | EXHIBIT C - DARCY | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2013 |

Case Number: 11-38273  
Debtor Name: DARCY, DAVID  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PO Box 19008<br>Greenville, SC 29602 | | | | | |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,647.30 | $0.00 | $1,647.30 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,303.76 | $0.00 | $4,303.76 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $2,161.66 | $0.00 | $2,161.66 |
| 000005<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: COLUMBUS BANK AND TRUST | Unsecured | | $934.99 | $0.00 | $934.99 |
| 000006<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: ASPIRE CARD | Unsecured | | $535.78 | $0.00 | $535.78 |
| 000007<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $383.45 | $0.00 | $383.45 |
| 000008<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,217.20 | $0.00 | $1,217.20 |
| 000009<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,484.20 | $0.00 | $2,484.20 |

| Page 3 | | | EXHIBIT C - DARCY<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2013 |
|---|---|---|---|---|---|---|

Case Number:  11-38273  
Debtor Name:  DARCY, DAVID  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $8,906.97 | $0.00 | $8,906.97 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $2,469.71 | $0.00 | $2,469.71 |
| | Case Totals: | | | $56,002.56 | $11,089.87 | $44,912.69 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38273
Case Name: DARCY, DAVID
DARCY, RENEE
Trustee Name: Elizabeth C. Berg

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: State Farm Insurance Company | $ | $ | $ |
| Other: Renee Darcy | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Northern Illinois Service Co. | $ | $ | $ |
| Other: State Farm Insurance Company | $ | $ | $ |
| Other: State Farm Insurance Company | $ | $ | $ |
| Other: Treasurer of Winnebago County | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000006 | Jefferson Capital Systems LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | GE Capital Retail Bank | $ | $ | $ |
| 000008 | GE Capital Retail Bank | $ | $ | $ |
| 000009 | Capital One, N.A. | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000011 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE