UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-38273 |
| David & Renee Darcy, | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: October 17, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:        Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:          September 21, 2011

Period for Which
Compensation is sought:     September 21, 2011 to Close of Case

Amount of Fees sought:     $5,815.32

Amount of Expense
Reimbursement sought:      $0.00

This is an:      Interim Application  __       Final Application   _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>$0.00  </u>.

Dated:  September 10, 2013          Elizabeth C. Berg, Trustee of the Estate of
                      David and Renee Darcy, Debtors

                      By:   ____/s/Elizabeth C. Berg, Trustee_____
                           Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | 11-38273 |
| David and Renee Darcy, | ) | Hon. Carol A. Doyle |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: October 17, 2013 |
| | ) | Hearing Time:  11:15 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the

estate ("Estate") of David and Renee Darcy, debtors ("Debtors"), pursuant to sections

326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an

order allowing and authorizing payment to Trustee of $5,815.32 as final compensation

for her services rendered as trustee in this case from September 21, 2011 through the

close of this case.   In support thereof, Trustee states as follows:

**Introduction**

1.      This case was commenced on September 21, 2011 by the filing of a

voluntary petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      As of the commencement of this case, the Estate's primary asset was

rents being collected from real estate owned by Debtors. Prior to Trustee's

consummating a sale of the real estate, a fire occurred at the property which resulted in

it being condemned. Thereafter, Trustee collected insurance proceeds of approximately

$40,000.00.

4.      The bar date for filing claims in this case was May 14, 2013.

**Prior Compensation**

5.      This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7.      Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the services rendered by Trustee from September 21, 2011 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor(s) under oath.

B.      Trustee filed an objection to the Debtors' claimed exemptions in real property and pursuant to the Court's order dated December 1, 2011, the claimed exemptions were disallowed.  The Debtors' real property located in Rockford was occupied by tenants and the Trustee has collected post-petition rent from the tenants. Trustee was in the process of negotiating with the current tenants to purchase the real property in Rockford when a fire severely damaged the property on March 4, 2013. The city of Rockford subsequently condemned the property and Trustee Berg then obtained court approval to demolish the homestead. After demolition, Trustee paid outstanding real estate taxes, paid tenant money for her down payment on the purchase of the property and then abandoned the vacant lot back to the Debtors, all pursuant to duly entered Order of this Court.

2

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

F.      Trustee attended to all of the Estate's tax matters, including hiring a tax accountant and arranging for the preparation and filing of all required or appropriate tax returns for the Estate;

G.      Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

H.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

8.      Trustee has collected the sum of $51,306.35 on behalf of the Estate.  Trustee has made $19,414.47 in disbursements in this case as of the date hereof.

9.      A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B to the Trustee's Final Report which is filed simultaneously herewith.

**Compensation Requested**

10.      During the period covered by this Application, Trustee and her agents have spent 41.60 hours rendering services on behalf of this Estate with a value of $9,557.50.

11.      The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $5,815.32 follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $4,500.00 |
| 5% of the next $1,306.35 | $    65.32 |
| Total allowable compensation | $ 5,815.32 |

12.      Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from September 21, 2011 through the closing of the case in the amount of $5,815.32.  This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.      After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14.      An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15.      Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

4

**Status of the Case**

16.     The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16.     Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of David and Renee Darcy, debtor(s), requests the entry of an order providing the following:

A.     Allowing to Trustee final compensation in the amount of $5,815.32 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from September 21, 2011 through the closing of this case;

B.     Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C.     For such other and further relief as this Court deems appropriate.

Dated:   September 10, 2013          Elizabeth C. Berg, as trustee of the estate
                                     of David and Renee Darcy, debtors


By:____/s/ Elizabeth C. Berg, as trustee_____
                                     Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg & Wallace
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**                    **David and Renee Darcy, Debtors**
                                                                              **11-38273**

**Trustee's Itemized Billing Statements**

**Exhibit A**

## Baldi Berg & Wallace, Ltd.
### 20 N. Clark Street
### Suite 200
### Chicago, IL 60602

**Phone:** (312) 726-8150

**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

---

**Invoice submitted to:**

August 13, 2013

Invoice No:    02269

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**    *Darcy - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/31/2011 | ECB | Review schedules and petition (.1) TC Debtors' counsel to request copy of lease and turnover of rents (.1) Research property in Rockford (.2) | 0.40 $300.00/ hr | $120.00 |
| 11/08/2011 | ECB | Exchange emails with broker re potential listing price for Rockford property (.3) Review comparables re same (.3) | 0.60 $300.00/ hr | $180.00 |
| 11/17/2011 | JMM | Deposit Money Order in TCMS (.1) & Process check by sending FedEx (.1) | 0.20 $75.00/ hr | $15.00 |
| 12/02/2011 | ECB | TC with Tenant's Granddaughter re potential installment sale of Real Estate | 0.20 $300.00/ hr | $60.00 |
| 12/13/2011 | ECB | Open November 2011 bank statements (.1) and approve reconciliations (.1) | 0.20 $300.00/ hr | $60.00 |
| 12/20/2011 | JMM | Process November 2011 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $75.00/ hr | $15.00 |

**Baldi Berg & Wallace, Ltd**                                              8/13/2013

                                                                          Page    2

Darcy - Trustee Matters

---

| Date | Init. | Description | Time/Rate | Amount |
|------|-------|-------------|-----------|--------|
| 1/16/2012 | ECB | TC and email with Christopher Leeser re potential offer to purchase (.2) TC to Debtor's counsel to confirm status of insurance (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 1/16/2012 | RKP | Review case status and update system with information as necessary in preparation of interim report. | 0.40<br>$195.00/ hr | $78.00 |
| 1/17/2012 | ECB | TC Tiffany King re overdue January 2011 rent and status of sale on contract(.1) Investigate real estate records for Winnebago County (.2) | 0.30<br>$300.00/ hr | $90.00 |
| 1/17/2012 | ECB | Open December 2011 bank statements (.1) and approve reconciliations (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 1/17/2012 | JMM | Process December 2011 Bank Statement (.1) and Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/18/2012 | ECB | TC with Tiffany King, tenant, re past due January rent and relationship with C. Leeser, potential purchaser (.2) Review listing info (.1) TC to J. Lantz @ Country Companies re insurance quote (.2) Prep written request for insurance quote (.2) | 0.70<br>$300.00/ hr | $210.00 |
| 1/19/2012 | ECB | TC with Country Cos. John Doherty re Home Protector Insurance for 202 Bayliss and possible interested buyers | 0.30<br>$300.00/ hr | $90.00 |
| 1/24/2012 | ECB | TC with J. Lantz re possible quote for 202 Bayliss (.1) Confer with JMM re outstanding taxes on Bayliss property (.1) Research section 8 housing (.2) TC with | 0.20<br>$300.00/ hr | $60.00 |
| 1/25/2012 | ECB | Meet with RKP to review and prep case summary for UST annual report | 0.20<br>$300.00/ hr | $60.00 |
| 1/26/2012 | RKP | Review case file and docket for information needed to prepare Annual Report (.3); update information in system to prepare Form 1 and 2 (.6); edit forms per E. Berg and prepare for filing (.2). | 1.10<br>$195.00/ hr | $214.50 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page   3

| | | | | |
|---|---|---|---|---|
| 1/31/2012 | ECB | Review and approve 2011 UST annual report (.2) Oversee e-filing and submission of date files to UST (.1) | 0.30 $300.00/ hr | $90.00 |
| 2/03/2012 | ECB | TC tenant Tiffiani King re January and February rent (.1) TC to Valentine Insurance re  renewal (.1) TCs to tenants to inquire into property characteristics and condition (.2) | 0.30 $300.00/ hr | $90.00 |
| 2/03/2012 | ECB | Open and verify January 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $300.00/ hr | $60.00 |
| 2/03/2012 | JMM | Process January 2012 Bank Statements (.1), Reconcile Trustee Bank Account (.1) | 0.20 $85.00/ hr | $17.00 |
| 2/06/2012 | ECB | TC with David Darcy re status of efforts to sell building and back taxes (.2) TC to P. Schwartz re insurance quote (.1) | 0.30 $300.00/ hr | $90.00 |
| 2/08/2012 | ECB | TC with State Farm Insurance to inquire re insurance placement (.2) | 0.20 $300.00/ hr | $60.00 |
| 2/10/2012 | ECB | TC with Tiffany King re inspection for photos for insurance (.2)  Email to State Farm to inquire range of photos (.1) Analyze Leeser offer to purchase and calculate potential payments under proposed amortization (.2) Email to Leeser re same (.1) | 0.60 $300.00/ hr | $180.00 |
| 2/13/2012 | ECB | TC Insurance Agency, speak to Emily re  photos and other required items for insurance coverage (.2) TC Tenant T. King to set up appoint for photos (.1) Prepare Certificate of Occupancy (.2) Confer with Asst JMM re visit to property (.1) | 0.60 $300.00/ hr | $180.00 |
| 2/15/2012 | ECB | Confer with JMM re visit to 202 Bayliss and following up on insurance coverage (.1) Review property photos for same (.1) | 0.20 $300.00/ hr | $60.00 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page   4

| Date | Initials | Description | Hours/Rate | Amount |
|------|----------|-------------|-----------|--------|
| 2/15/2012 | JMM | Email to Emily at State Farm Re: Request for Insurance - 202 Bayliss Ave, Rockford, IL | 0.70<br>$85.00/ hr | $59.50 |
| 2/15/2012 | JMM | Drive to Rockford (1.5), Took Photos of Property & Corresponded w/ Tenant (.8), Drive back from Rockford (1.5) | 3.80<br>$85.00/ hr | $323.00 |
| 2/17/2012 | JMM | Multiple PCs to and from Emily @ State Farm (.7), Consult w/ ECB re: Insurance (.3), Prepare Check for Insurance & Sent Electronically to State Farm (.2) | 1.20<br>$85.00/ hr | $102.00 |
| 2/21/2012 | ECB | Prepare Trustee's Bond Premium Report in preparation for payment of 2012 invoice | 0.10<br>$300.00/ hr | $30.00 |
| 3/06/2012 | ECB | TC with Tiffiani King re $1000 installment payment for purchase; TC with Robert King re age and condition of roof (.2) Respond to email from property insurer re same (.2) Review insurance situation (.2) Calculate potential installment payments scenarios for sale of properties to tenants (.2) Analyze RE tax situation (.1) | 0.90<br>$300.00/ hr | $270.00 |
| 3/07/2012 | ECB | Open and verify February 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 3/07/2012 | JMM | Review February Bank Statements (.1) & Reconcile Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 4/10/2012 | ECB | Open and verify March 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 4/10/2012 | JMM | Process March 2012 Bank Statement (.1), Reconcile Trustee Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page    5

---

| Date | Initials | Description | Hours/Rate | Amount |
|------|----------|-------------|------------|--------|
| 5/07/2012 | ECB | Open and verify April 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$300.00/hr | $60.00 |
| 5/07/2012 | JMM | Review April Bank Statement (.1) & Reconcile Account (.1) | 0.20<br>$85.00/hr | $17.00 |
| 5/18/2012 | JMM | Deposit Check into TCMS (.1) & Send Check to Congressional via FedEx (.1) | 0.20<br>$85.00/hr | $17.00 |
| 6/01/2012 | ECB | Review assets collected to date and potential of contract for deed (.2)  Arrange for filing of Initial Report of Assets (.1) | 0.30<br>$300.00/hr | $90.00 |
| 6/13/2012 | ECB | Open and verify May 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$325.00/hr | $65.00 |
| 6/13/2012 | JMM | Process May 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/hr | $17.00 |
| 7/03/2012 | ECB | TC with Tiffiani King re payment of 2010 and 2011 real estate taxes; Work out installment schedule for payment of purchase price(.3)  Prepare installment payment schedules through expected date of transfer (.8) Revise price point analysis (.2) | 1.30<br>$300.00/hr | $390.00 |
| 7/05/2012 | JMM | Drafted & Sent Fax to Winnebago County re: Property Taxes on 202 Bayliss (.2) | 0.20<br>$85.00/hr | $17.00 |
| 7/10/2012 | ECB | Open and verify June 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$325.00/hr | $65.00 |
| 7/10/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/hr | $17.00 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page    6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/19/2012 | JMM | Email to Tenant, Tiffiani King re: Contract for 202 Bayliss | 0.30 $85.00/ hr | $25.50 |
| 8/08/2012 | ECB | Open and verify July 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 8/08/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 9/14/2012 | ECB | Open and verify August 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $300.00/ hr | $60.00 |
| 9/20/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 10/16/2012 | ECB | Open and verify September 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $300.00/ hr | $60.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 10/23/2012 | ECB | Review status of payments from tenant, continuing accrual of RE taxes and unlikelihood of ability to get ahead of tax accruals | 0.30 $300.00/ hr | $90.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80 $125.00/ hr | $100.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90 $300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and | 0.70 $125.00/ hr | $87.50 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page    7

United States Trustee Office (.4)

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/14/2012 | ECB | Open and verify October 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 12/12/2012 | ECB | Open and verify November 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $300.00/ hr | $60.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 1/15/2013 | ECB | Open and verify December 2012 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $300.00/ hr | $60.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30 $195.00/ hr | $58.50 |
| 1/23/2013 | JMM | Draft email to Accountant re: 2012 Taxes | 0.10 $125.00/ hr | $12.50 |
| 1/30/2013 | JMM | Update TR database to change judge | 0.10 $125.00/ hr | $12.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/13/2013 | ECB | Prep Rent Receipt Report and forward same to T. King | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg & Wallace, Ltd**                                                      8/13/2013

                                                                        Page    8

Darcy - Trustee Matters

| Date | Initials | Description | Hours / Rate | Amount |
|------|----------|-------------|--------------|--------|
| 2/13/2013 | ECB | Open and verify January 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10 $325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Distribursement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/15/2013 | JMM | TC with Jackie @ State Farm re: Insurance Payment (.2), Cut Check for State Farm Insurance - Electronically (.1), Review email confirmation re: Insurance (.1) | 0.40 $175.00/ hr | $70.00 |
| 2/25/2013 | ECB | TC with T. King to confirm her receipt of income tax refund and turnover of same to cure default on back rents | 0.10 $325.00/ hr | $32.50 |
| 2/26/2013 | JMM | Deposit Check into TCMS (.1), Send check to Congressional via FedEx (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/06/2013 | ECB | TC to Jay Janese Insurance Agency and obtain claim number (.1) TC to State Farm Claim Unit (.1) and Bankruptcy Department (.1) re same  Additional TC with State Farm to provide background information on claim and discuss claim process (.5) | 0.80 $325.00/ hr | $260.00 |
| 3/06/2013 | ECB | Open and verify February 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/27/2013 | JMM | Deposit 2 Check - (Lost Rent Check & Insurance Refund Check) into TCMS (.2), Send check to Congressional via Fed Ex (.1) | 0.30 $175.00/ hr | $52.50 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page   9

| Date | | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 4/05/2013 | ECB | Open and verify March 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 4/08/2013 | ECB | TC with local broker for referral to Coldwell Banker in Rockford for sale of vacant lot | 0.20 $325.00/ hr | $65.00 |
| 4/09/2013 | ECB | Confer with counsel re status of real estate taxes and request to pay off same in connection with demolition | 0.20 $325.00/ hr | $65.00 |
| 4/10/2013 | ECB | Review draft of motion to demo house at 202 Bayliss (.4) Confer with counsel re necessary changes to same (.2) | 0.60 $325.00/ hr | $195.00 |
| 4/11/2013 | ECB | Review and revise Rule 6004 Notice to Creditors of Demolition Motion (.3) Review court menu re proper title for motion and notice (.2) | 0.50 $325.00/ hr | $162.50 |
| 4/11/2013 | ECB | TC with realtor Steve Niemczyk to request CMA of 202 Bayliss as vacant lot (.1) Email to Niemczyk re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 5/08/2013 | ECB | Open and verify April 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 5/10/2013 | ECB | Email to demolition contractor re abandoned vehicle on property and probable identity of owner | 0.10 $325.00/ hr | $32.50 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 5/15/2013 | ECB | Confirm bar date expiration and review final claims list (.1) Confer with staff re claims review and prep of final report package after demo of building and attempt to sell lot (.1) | 0.20 $325.00/ hr | $65.00 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page   10

| | | | | |
|---|---|---|---|---|
| 5/17/2013 | ECB | Review 2012 tax bill for property (.1) Confer with JMM re prep of motion to allow and pay as administrative expense (.1) | 0.20 $325.00/ hr | $65.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/27/2013 | ECB | Open and verify May 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20 $325.00/ hr | $65.00 |
| 6/28/2013 | ECB | TC with realtor re status of sales efforts on vacant lot | 0.10 $325.00/ hr | $32.50 |
| 6/28/2013 | ECB | Conduct claims review; Review register and individual proofs of claim (.5) Update TR database to reflect allowed claims (.2) Run proposed distribution (.2) | 0.90 $325.00/ hr | $292.50 |
| 6/28/2013 | ECB |  TC to Winnebago County Assessor's office re adjustment of assessment post-demolition and payment of 2012 and estimated 2013 taxes as administrative expense (.3) Memo to staff re case closing and prep of motions to pay taxes as administrative claims (.3) | 0.60 $325.00/ hr | $195.00 |
| 7/01/2013 | ECB | Confer with counsel re prep of motion to allow and pay 2012 and 2013 estimated RE taxes as administrative expense (.1) Final TC to broker to confirm no ability to sell (.1) TC with counsel for Debtors to advise of proposed abandonment and payment of estimated 2013 taxes as administrative expense (.1)  Email to D's counsel outlining calculations for administrative expense for 2013 taxes (.2) | 0.50 $325.00/ hr | $162.50 |
| 7/11/2013 | ECB | Review and revise motion to abandon vacant lot on Bayliss (.8) TC's and email with JMM re filing of same (.2) | 1.00 $325.00/ hr | $325.00 |
| 7/12/2013 | ECB | Prep email to Accountant regarding retention and prep of final tax returns for estate (.2) Compile affidavit and forms to send to same (.1) | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg & Wallace, Ltd**                                         8/13/2013

Darcy - Trustee Matters                                         Page   11

| Date | | Description | Hours/Rate | Amount |
|------|------|------|------|------|
| 7/16/2013 | ECB | Review and revise motion to pay 2012 and estimated 2013 taxes as administrative expenses | 0.50<br>$325.00/ hr | $162.50 |
| 7/17/2013 | ECB | Open and verify June 2013 Bank Statements (.1), Approve Account Reconciliation (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 7/17/2013 | JMM | Draft Certificate of Service re: Motion to Abandon (.1), File w/ Bk Court (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/18/2013 | JMM | Update trustee database and post monthly bank service fee (.1), Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 7/19/2013 | ECB | TC with Estate's bank representative to advise of case closing and discuss terminating bank fees | 0.10<br>$325.00/ hr | $32.50 |
| 7/23/2013 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0); and NFR (.4); Review and edit Trustee final report package (.5) | 3.40<br>$175.00/ hr | $595.00 |
| 7/24/2013 | ECB | Review and revise TR and Atty time sheets in connection with approval of administrative expense allowance for Estate's professionals; (.5) Confer with JMM re same (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 7/30/2013 | ECB | Initial and approve payment of order allowing administrative expenses; outline contents of transmittal letters to Jim Young and Winnebago Treasurer re same; Review and reconcile proposed distribution | 1.20<br>$325.00/ hr | $390.00 |

|  | | | Total Fees | $9,557.50 |
|------|------|------|------|------|
|  | | | Total New Charges | $9,557.50 |

# Baldi Berg & Wallace, Ltd

8/13/2013

Darcy - Trustee Matters

Page    12

|  | | Previous Balance | | $0.00 |
|---|---|---|---|---|
|  | | Balance Due | | $9,557.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 11.30 | $300.00 |
| Elizabeth C Berg | 11.20 | $325.00 |
| Elizabeth C Berg | 0.20 | $175.00 |
| Jason M Manola | 0.40 | $75.00 |
| Jason M Manola | 6.40 | $175.00 |
| Jason M Manola | 7.40 | $85.00 |
| Jason M Manola | 2.90 | $125.00 |
| Ricki K Podorovsky | 1.80 | $195.00 |

41.60

**Trustee's Final Fee Application**                              **David and Renee Darcy, Debtors**
**11-38273**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| David & Renee Darcy, | ) | Case No. 11-38273 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

  I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

  1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

  2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

  3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

  4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on August 28, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**