UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| David & Renee Darcy, | ) | Case No. 11-38273 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: October 17, 2013 |
| | ) | Hearing Time:  11:15 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 December 1, 2011

Period for Which
Compensation is sought:     November 1, 2011 to Close of Case

Amount of Fees sought:      $11,567.00

Amount of Expense
Reimbursement sought:       $51.26

This is an:     Interim Application  __        Final Application   _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-__ .

Dated:  September 10, 2013          Attorneys for Elizabeth C. Berg, as trustee of the
                                    estate of David and Renee Darcy, debtors

                                    By: ____/s/Elizabeth C. Berg_____
                                        Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re | ) | Chapter 7 |
|---|---|---|
| | ) | Case No. 11-38273 |
| David and Renee Darcy, | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: October 17, 2013 |
| Debtors. | ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of David and Renee Darcy, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of 1) 11,567.00 as final compensation for 47.30 hours of legal services rendered to the Trustee from December 1, 2011 through the close of this case; and 2) $ 51.26 as reimbursement of expenses incurred in connection with such services. In support thereof, BBW respectfully states as follows:

**Introduction**

1.     Debtors commenced this case on September 21, 2011 by filing a voluntary petition for relief under chapter 7 of the Code.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     As of the commencement of this case, the Estate's primary asset was rents being collected from real estate owned by debtors ("Rents"). Prior to Trustee's consummating a sale of the real estate, a fire occurred at the property which resulted in it being condemned. Thereafter, Trustee collected insurance proceeds of approximately $40,000.00.

4.     The bar date for filing claims in this case was May 14, 2013

**Retention of BBW**

5.      On December 1, 2011 the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BBW as her counsel in this case.  A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BBW attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals that were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg  -- Partner
> Julia D. Loper - Associate
> Rikki Podrovosky - Paralegal
> Jason Manola -- Paralegal

**Prior Compensation Received**

7.      This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

**Services Rendered by BBW**

8.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      The services provided by BBW have been segregated into three categories.  Summarized below by category are the services rendered by BBW during the

period covered by this Application:

### 9.1     General Administration

In connection with this category, the services rendered by BBW include advising the Trustee as to general case administration matters, investigating the Debtor's financial affairs and advising the Trustee as to the liquidation of the Estate's assets. BBW reviewed and analyzed the Debtor's lease with tenant and prepared an Objection to Debtor's Exemption. After court approval on Trustee's Objection to Debtor's Exemption, BBW negotiated a potential sale of property to the tenant. In connection with the potential sale of property, BBW analyzed outstanding taxes and consulted with Winnebago County regarding the removal of taxes from tax sale, payment of outstanding taxes, assessment of property, and other tax obligations. On approximately March 4, 2013, a fire broke out at the property owned by the Debtor. After the City of Rockford condemned the property, BBW prepared and filed a Motion to Abandon the Property and a Motion to Pay Administrative Expenses in connection with outstanding taxes on the property. Lastly, BBW prepared the Trustee's Attorneys Final Fee Application in connection with this case. Furthermore, BBW prepared and presented motions to authorize Trustee to hire legal counsel and accountants to the Estate. In connection with the foregoing, BBW spent 24.60 hours for which it requests allowance and payment of final compensation in the amount of $5,322.00.

### 9.2 – Fire Insurance Claim

In connection with this category, BBW provided services regarding the insurance claim which arose from the fire that broke out on the Debtor's property. BBW had numerous communications with the Debtor's tenant, the city of Rockford, and the State Farm Insurance Claims Adjuster. Furthermore, BBW reviewed and analyzed the Demolition Expense Report to advise Trustee on whether to repair or demolish the property following the fire. In addition, BBW reviewed the terms and conditions of the insurance policy on the property in order to determine

3

what proceeds would be payable to the estate. In connection with the foregoing, BBW spent 6.2 hours for which it requests allowance and payment of final compensation in the amount of $2,015.00.

### 9.3 – Demolition of Property

In connection with this category, BBW researched potential demolition contractors to demolish the property, compared repair costs against demolition quotes, and drafted a Motion to Hire and Pay Contractor to demolish the Debtor's property. BBW also drafted a Motion to allow and authorize Trustee to pay the 2012 and prorated 2013 real property taxes as an administrative expense. Furthermore, BBW completed paperwork as required by the City of Rockford in order to proceed with the destruction of the homestead and the reassessment of the real property. In connection with the foregoing, BBW spent 16.5 hours for which it requests $4,230.00.

### Compensation Requested

10.   BBW has expended a total of 47.30 hours for the services described and categorized in paragraph nine above.   The total value of and the amount of compensation requested herein for those services is 11,567.00.

11.   All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.   Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW' services are compensable and the compensation requested herein is fair and reasonable.   There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.   In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

4

12.     The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Expense Reimbursement Requested

13.     During the period covered by this Application, BBW incurred expenses in the amount of $51.26 in connection with its representation of Trustee for which it now requests reimbursement.  Expenses were incurred for the copying and mailing of the Trustee's Motion to Approve Use of Property, Pay Demolition Contractor, Real Estate Tax Collector, Former Tenant and the Motion to Abandon. The expenses have been recorded and are set forth on the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14.     BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

15.     BBW has not previously received or been promised any payments for services rendered in this case.

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed her Final Report simultaneously herewith.  Final fee applications for the Trustee and the Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

20.     Trustee currently has approximately $31,891.88 on deposit in the Estate's bank accounts.  The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BBW in connection with this final fee application, 3) the fees and expenses allowed to Trustee's accountants and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.     Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case.

### Trustee's Approval

22.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.     Allowing to BBW final compensation in the amount of $11,567.00 for actual and necessary professional services rendered to the Trustee through the closing of this case;

6

B.     Allowing to BBW reimbursement of $51.26 for expenses incurred in connection with the foregoing services; and

C.     For such other and further relief as this Court deems appropriate.

Dated: September 10, 2013                    Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of David and Renee Darcy, debtors

By:_____/s/_____
                  Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N.Clark St.  Suite 200
Chicago IL 60602
312.726.8150

**Baldi Berg & Wallace**
**Final Fee Application**

**David & Renee Darcy, Debtors**
**Case No. 11-38273**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-38273 |
| David & Renee Darcy, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of David & Renee Darcy, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 01, 2011

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**
**Final Fee Application**

**David & Renee Darcy, Debtors**
**Case No. 11-38273**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000.  Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.   Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**
**Final Fee Application**

**David & Renee Darcy, Debtors**
**Case No. 11-38273**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

August 28, 2013

Invoice No:   02308

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Darcy - General Administration* | | | | | | | |
| | 24.60 | $5,322.00 | $51.26 | $5,373.26 | $0.00 | $0.00 | $5,373.26 |
| *Darcy - Demolition of Property* | | | | | | | |
| | 16.50 | $4,230.00 | $0.00 | $4,230.00 | $0.00 | $0.00 | $4,230.00 |
| *Darcy - Fire Insurance Claim* | | | | | | | |
| | 6.20 | $2,015.00 | $0.00 | $2,015.00 | $0.00 | $0.00 | $2,015.00 |

47.30

Balance Due                                                                $11,618.26

**Baldi Berg & Wallace, Ltd**                                      8/28/2013

                                                                  Page    2

Darcy - General Administration

---

**In Reference to:**   *Darcy - General Administration*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/01/2011 | ECB | Review lease (.3) Review option to buy (.1) Review proposed contract for sale with tenant under option to buy (.5) | 0.90 $300.00/ hr | $270.00 |
| 11/07/2011 | ECB | Analyze potential rejection of lease and option to purchase (.2);   Attempt to contact tenant re same (.2) Draft correspondence to tenant regarding rejection of lease and purchase option and possible sale (.7) | 1.10 $300.00/ hr | $330.00 |
| 11/08/2011 | ECB | Prepare Trustee's Objection to Debtors' Exemption (.7) and Proposed Order Disallowing same (.2) | 0.90 $325.00/ hr | $292.50 |
| 11/08/2011 | SJB | Prepared motion and proposed order for hiring attorneys. | 1.00 $75.00/ hr | $75.00 |
| 11/09/2011 | ECB | Review and finalize Trustee's objection to exemption and motion to hire in Darcy case; Execute 2014 and obtain notarization | 0.50 $300.00/ hr | $150.00 |
| 11/22/2011 | ECB | TC with tenant Robert King re letter re rejection of lease; negotiate potential sale of property to tenant (4) Prep draft of letter agreement for sale (.5) | 0.90 $300.00/ hr | $270.00 |
| 11/23/2011 | ECB | Analyze structure of transaction with letter agreement for sale v. standard RE sales contract; Discuss issues relating to title insurance and closing | 0.60 $300.00/ hr | $180.00 |
| 12/01/2011 | ECB | Court appearance on Trustee's Objection to Debtor's Exemption | 0.20 $325.00/ hr | $65.00 |
| 1/23/2012 | RKP | Review case file (.1) and advise Trustee as to tax reporting requirements (.1) | 0.20 $195.00/ hr | $39.00 |

**Baldi Berg & Wallace, Ltd**                                                8/28/2013

Darcy - General Administration                                      Page    3

| | | | | |
|---|---|---|---|---|
| 5/03/2012 | JMM | Drafted Letter to Tenant re: March & April 2012 Receipt (.3), Sent letter via email to tenant (.2) | 0.50 $175.00/ hr | $87.50 |
| 6/04/2012 | JMM | Consult w/ ECB re: Lease & Payments (.2), Review RE docs & lease (.2), Draft Letter to Tenant (.4) | 0.80 $85.00/ hr | $68.00 |
| 7/05/2012 | ECB | TC with Winnebago County Treasurer office re outstanding taxes and notice of BK (.2) Prep correspondence to formally notify treasurer of bk and request removal from tax sale (.3) | 0.50 $300.00/ hr | $150.00 |
| 2/08/2013 | ECB | Review file and calculate payment delinquencies (.4) TC with T. King re same and restructure payment and closing schedule (.3) Email to Debtors re status of case (.20 | 0.90 $325.00/ hr | $292.50 |
| 2/11/2013 | ECB | Review correspondence from T. King re: delinquent rent payments and proposals for September 2013 sale (.1) Draft response to same - including schedule of required payments to close (.2) | 0.30 $325.00/ hr | $97.50 |
| 3/12/2013 | JMM | TC to Tammy @ Winnebago County Treasurer re: Tax Form (.2), Confer w/ ECB re: Tax Form, Check (.1), TC to Barry @ State Farm (.1), Draft Letter to Winnebago County re: General Tax Form (.4), Draft Fax to Winnebago County re: same (.2) | 1.00 $175.00/ hr | $175.00 |
| 5/09/2013 | JMM | TC to T. King re: sending check (.1), TC to Winnebago County Treasurer re: 2010, 2011 Taxes (.2), TC to Winnebago County Assessor re: Assessment (.1), TC to Rockford Township Assessor re: assessment (.1), TC to Rockford Deputy re: Assessment (.2), Cut 2010 & 2011 Tax Checks to Winnebago County (.1), Cut check to T. King re: Reimbursement (.1) | 0.90 $175.00/ hr | $157.50 |
| 7/10/2013 | JMM | Reviewed Case File & Notes (.2), Drafted Motion to Abandon Property (1.1), Drafted Order (.2), Drafted Rule | 1.90 $175.00/ hr | $332.50 |

# Baldi Berg & Wallace, Ltd

8/28/2013

Darcy - General Administration

Page   4

---

2002 Notice (.4)

| Date | Init | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 7/10/2013 | SEH | Draft Motion to employ accountants (.6), Draft Order to Employ accountants (.2) | 0.80 $175.00/ hr | $140.00 |
| 7/12/2013 | JDL | Commence drafting motion to pay administrative expenses - real estate taxes | 1.00 $250.00/ hr | $250.00 |
| 7/15/2013 | JDL | TC to Winnebago County Treasurer re: late fees on property taxes (.2), Continue preparation of Motion to Pay administrative expenses - taxes (.9) | 1.10 $250.00/ hr | $275.00 |
| 7/16/2013 | ECB | TC with Brett at Rockford Township re motion for payment of 2012 taxes and proration of 2013 taxes; | 0.20 $325.00/ hr | $65.00 |
| 7/16/2013 | JDL | Finalize motion to pay administrative expenses - real property taxes | 0.80 $250.00/ hr | $200.00 |
| 7/22/2013 | JMM | Review and organize Bills in preparation of TFR | 1.50 $175.00/ hr | $262.50 |
| 7/23/2013 | JMM | TC to Winnebago County re: Taxes Form (.1), TC to Tiffiani King re: Statu | 0.00 $175.00/ hr | $0.00 |
| 7/23/2013 | JMM | Review ECB email re: Edits to Motion to Abandon (.2), TC w/ ECB re: same (.1), Revise Motion to Abandon (.2), Revise Order (.1),Serve 45 Creditors with Rule 2002 Notice (.6) | 1.20 $175.00/ hr | $210.00 |
| 7/25/2013 | ECB | Court appearance to present motion to abandon and motion pay administrative expenses | 0.20 $325.00/ hr | $65.00 |
| 7/30/2013 | JMM | Reviewed Orders & Distribution w/ ECB (.2), Drafted Letter to Debtor's Counsel re: 2013 prorated Taxes Check (.5), Drafted Letter to Winnebago Treasurer re: 2012 Tax Payment (.4) | 1.10 $175.00/ hr | $192.50 |

# Baldi Berg & Wallace, Ltd

8/28/2013

Darcy - General Administration

Page 5

---

| 8/13/2013 | JMM | Drafted BBW Fee Application (2.4) & Drafted Trustee Fee App (1.2) | 3.60<br>$175.00/ hr | $630.00 |

| | Total Fees | $5.322.00 |

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/11/2013 | Postage: Notice of Trustee's Motion to Approve Use of Property, Pay Demolition Contractor, Real Estate Tax Collector and Former Tenant - sent to 45 creditors ($.46 x 45 = $20.70) | 1.00 @<br>/each | $20.70 |
| 4/11/2013 | Photocopies: Notice of Trustee's Motion to Approve Use of Property, Pay Demolition Contractor, Real Estate Tax Collector and Former Tenant - 1 page sent to 45 creditors ($.10 x 45 = $4.50) | 1.00 @<br>/each | $4.50 |
| 7/11/2013 | Photocopies: Motion to Abandon (4pgs) + Rule 2002 Notice of Abandonment (45 pgs) = 49 pgs x $.10 = $4.90 | 1.00 @<br>/each | $4.90 |
| 7/11/2013 | Postage - Motion to Abandon sent to Debtors ($.46) + Notice of Abandonment sent to 45 parties (45 x $.46 = $20.70) = $21.16 | 1.00 @<br>/each | $21.16 |

| | Total Expenses | $51.26 |
| | Total New Charges | $5,373.26 |
| | Previous Balance | $0.00 |
| | Balance Due | $5,373.26 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 4.50 | $300.00 |
| Elizabeth C Berg | 2.70 | $325.00 |

**Baldi Berg & Wallace, Ltd**                              8/28/2013

Darcy - General Administration                          Page    6

| | | |
|---|---|---|
| Julia D Loper | 2.90 | $250.00 |
| Jason M Manola | 11.70 | $175.00 |
| Jason M Manola | 0.80 | $85.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |
| Susan E Haugh | 0.80 | $175.00 |
| Stephen J Beard | 1.00 | $75.00 |

*24.60*

**Baldi Berg & Wallace, Ltd**                                          8/28/2013

Darcy - Demolition of Property                                    Page      7

---

**In Reference to:**    *Darcy - Demolition of Property*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/19/2013 | ECB | Email to Debtor's counsel re City of Rockford notices of condemnation and violations and inspection report (.2) Email to Tenant T. King re removal of automobiles (.1) | 0.30 $325.00/ hr | $97.50 |
| 3/20/2013 | ECB | Review memo from J. Vronch, City of Rockford Property Inspector re approved demolition contractors (.2)  TC to N-TRAK demolition company to request proposal for demolition of 202 Bayliss (.2) Memo to JMM to request two additional proposals (.1) | 0.50 $325.00/ hr | $162.50 |
| 3/21/2013 | JMM | Review Rockford Contractors (.3), TC to Brian @ Northern IL Service re: Estimate (.4), TC to Swinson Material re: estimate (.2) | 0.90 $175.00/ hr | $157.50 |
| 3/22/2013 | ECB | Review demolition proposals from Northern IL Service and N-Trak (.2) Prep letter to No. Illinois Service accepting proposal and explaining BK procedures and need to obtain court approval prior to commencement of project (.5) | 0.70 $325.00/ hr | $227.50 |
| 3/22/2013 | JMM | Review Demolition Proposals on property (.2), Consult w/ ECB re: Demolition Proposals (.2) | 0.40 $175.00/ hr | $70.00 |
| 3/22/2013 | JMM | Email to Ntrak Group re: Bayliss Property | 0.20 $175.00/ hr | $35.00 |
| 3/25/2013 | JMM | Swanson re: Demolition of Property (.1) | 0.10 $175.00/ hr | $17.50 |
| 3/27/2013 | ECB | Review insurance structural damage report (.3) and compare repairs costs against demolition quotes (.1) | 0.40 $325.00/ hr | $130.00 |

**Baldi Berg & Wallace, Ltd**                                    8/28/2013

Darcy - Demolition of Property                                  Page    8

---

| | | | | |
|---|---|---|---|---|
| 4/04/2013 | JDL | Cf w/ ECB re: preparation of motion to hire contractor to demolish property. (.3) Review file, proposal from contractor and docket in preparation of motion to employ and pay demolition contractor(.9) | 1.20 $250.00/ hr | $300.00 |
| 4/08/2013 | JDL | Begin drafting motion to employ and pay demolition contractor, motion to pay property taxes, motion to pay Tiffany King | 1.00 $250.00/ hr | $250.00 |
| 4/09/2013 | ECB | TC to Northern Illinois Services re status of demolition prep work | 0.10 $325.00/ hr | $32.50 |
| 4/09/2013 | JDL | Continue preparation of motion to employ and pay demolition contractor, motion to pay property taxes, motion to pay Tiffany King (2.8) Prepare affidavit of Brian Amling (.2), 2002 Notice (.5) and proposed order (.3) for demolition motion. TCs to/from Sandy at Clerk's office (.4) TC to treasurer's office re: estimated 2012 property taxes (.2) | 4.40 $250.00/ hr | $1,100.00 |
| 4/10/2013 | JDL | Cf w/ ECB re: motion to demolish property (.3) Revise motion to approve use of property, employ and pay demolition contractor, pay real estate taxes and to pay Tiffiani King (2.7) | 3.00 $250.00/ hr | $750.00 |
| 4/11/2013 | JDL | Cf w/ ECB re: revisions to motion to use insurance proceeds, pay demolition contractor, real estate taxes and former tenant | 0.40 $250.00/ hr | $100.00 |
| 4/12/2013 | JDL | Cf w/ ECB re: final revisions to motion to use insurance proceeds and demolish property (.1) Make revisions re: same and to Order on same (.8) | 0.90 $250.00/ hr | $225.00 |
| 4/22/2013 | ECB | Review emails from Debtor in connection with motion to demo property (.2) Prep response to debtor's counsel (.4.) | 0.60 $325.00/ hr | $195.00 |

# Baldi Berg & Wallace, Ltd

8/28/2013

Darcy - Demolition of Property

Page   9

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 5/09/2013 | ECB | TC to J. Vronich to advise of entry of court order to demo 202 bayliss property (.1), TC to realtor Steve Niemchec re: sale of vacant lot (.2), Conference with JMM re: prep of checks to T. King and Winnebago County (.1), TC with B. Ambling of Northern Illinois Services re: status of demo date (.1) | 0.50 $325.00/ hr | $162.50 |
| 5/10/2013 | JMM | Reviewed File Notes re: Fire (.1), Filled out Notice of Destruction of Improvements Form for Assessment of Property (.4) | 0.50 $175.00/ hr | $87.50 |
| 5/15/2013 | ECB | TC with Brett of Rockford Twp Assessor's office regarding request to reduce assessment following demolition; Discuss timing of same | 0.10 $325.00/ hr | $32.50 |
| 5/31/2013 | ECB | TC with Broker Steve Niemchek re potential listing of vacant lot post-demolition (.2) Correspondence to demo contractor Brian Amling re completion of job (.1) | 0.30 $325.00/ hr | $97.50 |

| | |
|---|---|
| Total Fees | $4,230.00 |
| Total New Charges | $4,230.00 |
| Previous Balance | $0.00 |
| Balance Due | $4,230.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.50 | $325.00 |
| Julia D Loper | 10.90 | $250.00 |
| Jason M Manola | 2.10 | $175.00 |
| | 16.50 | |

# Baldi Berg & Wallace, Ltd

8/28/2013

Page    10

Darcy - Fire Insurance Claim

**In Reference to:**   *Darcy - Fire Insurance Claim*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/05/2013 | ECB | TC with tenant Tiffiani King re fire last evening at 202 Bayliss (.3) Review State Farm insurance policy (.1) TC's to State Farm Insurance re fire (.2)  TC with Fire Investigator Timothy Morris (.2) | 0.80 $325.00/ hr | $260.00 |
| 3/07/2013 | ECB | TC with insurance adjuster Mark Woods from State Farm re inspection, preparation of estimate, amount of rental loss coverage and limits on policy (4.) Confer with Counsel re limited coverage and options to repair or demolish (.4) Prep correspondence to State Farm to assert claim, advise of bankruptcy and assert interest in insurance proceeds as property of the estate (.5) | 1.30 $325.00/ hr | $422.50 |
| 3/07/2013 | ECB | TC with newly assigned claims adjustor Barry Kitzmann re transfer of claim and pending onsite inspection | 0.30 $325.00/ hr | $97.50 |
| 3/08/2013 | ECB | TCs with insurance adjuster re: onsite inspection and unlikelihood of ability to repair and need to demolish (.3) Confer with JMM re: preparation of tax and demolition affidavit by Rockford authorities (.2) | 0.50 $325.00/ hr | $162.50 |
| 3/13/2013 | ECB | TC with tenant T. King  re status of damage evaluation by State Farm | 0.20 $325.00/ hr | $65.00 |
| 3/15/2013 | ECB | Review General and Special Tax report received form Deputy Clerk (.1) Review Demolition Expense report from City of Rockford Legal Director (.1) Place call to insurance adjuster B. Kitzmann (.1) Return call to Debtor's counsel 9.1) | 0.40 $325.00/ hr | $130.00 |
| 3/16/2013 | ECB | TC with debtors' counsel re violation notices rec'd by debtors | 0.10 $325.00/ hr | $32.50 |

# Baldi Berg & Wallace, Ltd

8/28/2013

Darcy - Fire Insurance Claim

Page    11

| | | | | |
|---|---|---|---|---|
| 3/18/2013 | ECB | Exchange emails with Debtor's counsel re notices received by Debtors from City of Rockford, Property & Economic Development Department in connection with fire (.1) Review notices upon receipt (.1) Place call to James Vronch at City of Rockford re same (.1) | 0.30 $325.00/ hr | $97.50 |
| 3/19/2013 | ECB | TC with J. Vronch, Senior Property Standards Inspector re notices sent to Debtor, status of property and intended action to demolish (.2) Prep correspondence to same re Trustee's authority to handle cleanup, required court approval for demo and procedures (.9) | 1.10 $325.00/ hr | $357.50 |
| 3/19/2013 | ECB | Review policy re terms and conditions for claim against lost rents (.2) Draft correspondence and written claim to State Farm Insurance (.7) Compile supporting documentation for submission with claim (.2) Email to claims adjustor re same (.1) | 1.20 $325.00/ hr | $390.00 |

|  |  |
|---|---|
| Total Fees | $2,015.00 |
| Total New Charges | $2,015.00 |
| Previous Balance | $0.00 |
| Balance Due | $2,015.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.20 | $325.00 |

6.20

**Baldi Berg & Wallace**
**Final Fee Application**

**David & Renee Darcy, Debtors**
**Case No. 11-38273**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David & Renee Darcy, | ) | Case No. 11-38273 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook      )

      I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

      1.      I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

      2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

      3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

      4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered or expense reimbursement to be received for actual expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

      5.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on August 29, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**