# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
DARCY, DAVID § Case No. 11-38273
DARCY, RENEE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

11:15 a.m.
on October 17, 2013
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DARCY, DAVID § Case No. 11-38273
DARCY, RENEE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 51,306.35 |
| and approved disbursements of | $ | 19,414.47 |
| leaving a balance on hand of[1] | $ | 31,891.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 5,815.32 | $ 0.00 | $ 5,815.32 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 11,567.00 | $ 0.00 | $ 11,567.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 51.26 | $ 0.00 | $ 51.26 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 960.00 | $ 0.00 | $ 960.00 |
| Other: State Farm Insurance Company | $ 162.00 | $ 162.00 | $ 0.00 |
| Other: Renee Darcy | $ 900.00 | $ 900.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 7.16 | $ 7.16 | $ 0.00 |
| Other: Northern Illinois Service Co. | $ 7,650.00 | $ 7,650.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: State Farm Insurance Company | $ 159.50 | $ 159.50 | $ 0.00 |
| Other: State Farm Insurance Company | $ 160.50 | $ 160.50 | $ 0.00 |
| Other: Treasurer of Winnebago County | $ 2,050.71 | $ 2,050.71 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $      18,393.58

Remaining Balance     $      13,498.30


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,519.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 1,474.09 | $ 0.00 | $ 750.32 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 1,647.30 | $ 0.00 | $ 838.48 |
| 000003 | Capital One Bank (USA), N.A. | $ 4,303.76 | $ 0.00 | $ 2,190.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A. | $ 2,161.66 | $ 0.00 | $ 1,100.29 |
| 000005 | Jefferson Capital Systems LLC | $ 934.99 | $ 0.00 | $ 475.91 |
| 000006 | Jefferson Capital Systems LLC | $ 535.78 | $ 0.00 | $ 272.71 |
| 000007 | GE Capital Retail Bank | $ 383.45 | $ 0.00 | $ 195.18 |
| 000008 | GE Capital Retail Bank | $ 1,217.20 | $ 0.00 | $ 619.56 |
| 000009 | Capital One, N.A. | $ 2,484.20 | $ 0.00 | $ 1,264.46 |
| 000010 | Portfolio Recovery Associates, LLC | $ 8,906.97 | $ 0.00 | $ 4,533.67 |
| 000011 | Portfolio Recovery Associates, LLC | $ 2,469.71 | $ 0.00 | $ 1,257.09 |

Total to be paid to timely general unsecured creditors     $     13,498.30

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 11-38273-CAD
David Darcy                                                       Chapter 7
Renee Darcy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann               Page 1 of 2            Date Rcvd: Sep 11, 2013
                              Form ID: pdf006              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2013.
```
db/jdb       +David Darcy,   Renee Darcy,   14N869 Castle Ave,   Dundee, IL 60118-3208
17819092     +Arnoldharris/Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
17819093     +Aspire,   Pob 105555,   Atlanta, GA 30348-5555
17819095     +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
               Wilmington, DE 19899-8833
17819096    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
               Norcross, GA 30091)
17819100    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,   Citicard Credit Srvs/Centralized Bankrup,
               Po Box 20507,   Kansas City, MO 64195)
17819099    ++CITIBANK,   PO BOX 790040,   ST LOUIS MO 63179-0040
              (address filed with court: Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20432,
               Kansas City, MO 64195)
20118944      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
20396760      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17819097     +Ccs/first Savings Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
17819098     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20243081      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
17819105     +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
17819104     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
               Grand Rapids, MI 49546-6210
17819106     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
17819109    #+Global Acceptnc Cr Co,   5850 W I-20,   Arlington, TX 76017-1083
17819110     +Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
20369836     +Jefferson Capital Systems LLC,   Purchased From COMPUCREDIT CORPORATION,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999,   Orig By: ASPIRE CARD
20276178     +Jefferson Capital Systems LLC,   Purchased From GLOBAL ACCEPTANCE CREDIT,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999,   Orig By: COLUMBUS BANK AND TRUST
17819112     +Merchants Cr,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
17819113     +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
20477512    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor to GE MONEY BANK, F.S.B.,   POB 41067,   Norfolk, VA 23541)
17819118     +Portfolio Recvry&affil,   Po Box 182789,   Columbus, OH 43218-2789
17819119     +Rbs Citizens Na,   1000 Lafayette Blv,   Bridgeport, CT 06604-4725
17819121     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
17819122     +Seventh Ave,   Po Box 2804,   Monroe, WI 53566-8004
17819123     +State Farm Fncl Svcs F,   Po Box 2316,   Bloomington, IL 61702-2316
17819124     +Target,   Po Box 59317,   Minneapolis, MN 55459-0317
17819125     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
17819126     +Uscb Corporation,   101 Harrison St,   Archbald, PA 18403-1961
17819127     +Wells Fargo Hm Mortgag,   Po Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17819089      E-mail/Text: bkr@cardworks.com Sep 12 2013 01:28:06      Advanta Bank Corp,   Po Box 844,
               Spring House, PA 19477
17819090     +E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2013 01:28:15      Ally Financial,   P O Box 380901,
               Bloomington, MN 55438-0901
17819091     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 12 2013 01:27:32      Armor Systems Co,   1700 Kiefer Dr,
               Suite 1,   Zion, IL 60099-5105
17819101     +E-mail/Text: clerical.department@yahoo.com Sep 12 2013 01:28:10      Creditors Collection B,
               755 Almar Pkwy,   Bourbonnais, IL 60914-2393
17819102     +E-mail/Text: clerical.department@yahoo.com Sep 12 2013 01:28:10      Credtrs Coll,
               755 Almar Pkwy,   Bourbonnais, IL 60914-2392
20382262      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2013 01:36:15      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17819107      E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2013 01:36:14      Gemb/funancing,
               332 Minnesota St Ste 610,   Saint Paul, MN 55101
17819108     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2013 01:36:19      Gemb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
17819111     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2013 01:26:18      Kohls,   Attn: Recovery Dept,
               Po Box 3120,   Milwaukee, WI 53201-3120
17819115     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2013 01:26:38      Midland Credit Management,
               Po Box 939019,   San Diego, CA 92193-9019
17819116     +E-mail/Text: bankrup@aglresources.com Sep 12 2013 01:25:59      Nicor Gas,
               Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17819117     +E-mail/Text: clientservices@northwestcollectors.com Sep 12 2013 01:28:33      Nw Collector,
               3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
20038720     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 12 2013 01:25:46
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
```

```
District/off: 0752-1           User: pseamann              Page 2 of 2                  Date Rcvd: Sep 11, 2013
                               Form ID: pdf006             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17819120     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2013 01:35:39     Sams Club,
               Attention:  Bankruptcy Department,   Po Box 105968,    Atlanta, GA 30348-5968
                                                                                             TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17819103*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Exxmblciti,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
20278636*    +Jefferson Capital Systems LLC,    Purchased From GLOBAL ACCEPTANCE CREDIT,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,   Orig By: COLUMBUS BANK AND TRUST
17819114*    +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
20477510*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
               successor to HSBC BANK NEVADA, N.A.,    POB 41067,    Norfolk, VA 23541)
17819094     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17928696     ##+Robert King,   202 Bayliss,   Rockford, IL 61101-5421
                                                                                             TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2013 at the address(es) listed below:
          Clay Mosberg    on behalf of Creditor    Wells Fargo Bank, N.A. cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Elizabeth C Berg    on behalf of Accountant    Popowcer Katten Ltd bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg     bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          James A Young    on behalf of Debtor David  Darcy jyoung@youngbklaw.com,
           Sarai@youngbklaw.com;carol@youngbklaw.com
          James A Young    on behalf of Joint Debtor Renee  Darcy jyoung@youngbklaw.com,
           Sarai@youngbklaw.com;carol@youngbklaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```