# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DARCY, DAVID | § | Case No. 11-38273 |
| DARCY, RENEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tiffiany King | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial P O Box 380901 Bloomington, MN 55438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | State Farm Fncl Svcs F Po Box 2316 Bloomington, IL 61702 | | | | | |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| STATE FARM | | | | | |
| STATE FARM | | | | | |
| STATE FARM INSURANCE COMPANY | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| DARCY | | | | | |
| WINNEBAGO COUNTY COLLECTOR | | | | | |
| WINNEBAGO COUNTY COLLECTOR | | | | | |
| WINNEBAGO CTY TREASURER | | | | | |
| NO.IL.SERVICE | | | | | |
| WINNEBAGO COUNTY CLERK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspire Pob 105555 Atlanta, GA 30348 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Ccs/first Savings Bank 500 E 60th St N Sioux Falls, SD 57104 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20432 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Credtrs Coll 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | | | | |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |
| | Gemb/funancing 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Global Acceptnc Cr Co 5850 W I-20 Arlington, TX 76017 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Merchants Cr 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nw Collector 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recvry&affil Po Box 182789 Columbus, OH 43213 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blv Bridgeport, CT 06604 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Seventh Ave Po Box 2804 Monroe, WI 53566 | | | | | |
| | Target Po Box 59317 Minneapolis, MN 55459 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Uscb Corporation 101 Harrison St Archbald, PA 18403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000008 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000006 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - DARCY

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:  1

Exhibit 8

| Case No: | 11-38273 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | | | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | DARCY, RENEE | | | 341(a) Meeting Date: | 10/17/11 |
| For Period Ending: | 01/20/14 | | | Claims Bar Date: | 05/14/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Residence<br>14 N 869 Castle Ave., East Dundee, IL Kane County Single family home Sole obligor on note & title, David Darcy | 167,500.00 | 0.00 | | 0.00 | FA |
| 2. | Real Estate - Rental Property<br>202 Bayliss, Rockford, IL - No liens or mortgages. Trustee anticipated entering a rent-to-own contract with tenant and was collecting $500.00 per month rental income. Collected insurance proceeds and demolished as a result of fire damage. Abandoned vacant lot back to Debtor. | 43,600.00 | 43,600.00 | OA | 11,125.00 | FA |
| 3. | Checking Account<br>Charter One Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. | Savings Account<br>Charter One Bank | 683.00 | 0.00 | | 0.00 | FA |
| 5. | Household Goods<br>Tv, Washer, Dryer, Stove, Refrigerator, Beds, Lamps, Sofas/Chairs, Dressers, Bicycle, Stereo, VCR/DVD | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7. | Stocks & Interest in Businesses<br>Old Country Steel Windows, Inc. Incorporated 2011 | 100.00 | 0.00 | | 0.00 | FA |
| 8. | Vehicles | 15,225.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.04b

FORM 1 - DARCY

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-38273 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | DARCY, DAVID | | |
| | DARCY, RENEE | | |

| Trustee Name: | Elizabeth C. Berg |
| Date Filed (f) or Converted (c): | 09/21/11 (f) |
| 341(a) Meeting Date: | 10/17/11 |
| Claims Bar Date: | 05/14/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 2007 Chevy Silverado 30,000 miles | | | | | |
| 9. | Vehicles 2005 Pontiac Grand Prix 79,000 miles | 4,525.00 | 0.00 | | 0.00 | FA |
| 10. | Vehicles 1999 Chevy Silverado Truck 80,000 miles | 2,350.00 | 0.00 | | 0.00 | FA |
| 11. | Vehicles 2007 Suzuki GSX R 1000 | 4,965.00 | 0.00 | | 0.00 | FA |
| 12. | Vehicles 1995 Honda Magna Deluxe | 1,725.00 | 0.00 | | 0.00 | FA |
| 13. | Insurance Policies (u) Insurance Proceeds from Fire | 0.00 | 37,140.00 | | 40,181.34 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.01 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $243,273.00 | $80,740.00 | | $51,306.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1 - DARC**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-38273   CAD   Judge: CAROL A. DOYLE | |
| Case Name: | DARCY, DAVID | |
| | DARCY, RENEE | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Date Filed (f) or Converted (c): | 09/21/11 (f) |
| 341(a) Meeting Date: | 10/17/11 |
| Claims Bar Date: | 05/14/13 |

Trustee filed an objection to the Debtors' claimed exemptions in real property; pursuant to the Court's order dated December 1, 2011, the claimed exemptions were disallowed; the real property located in Rockford has tenants and the Trustee has collected post-petition rent from the tenants; Trustee negotiated with the tenants regarding installment purchase of the real property in Rockford; Prior to finalizing the sale transaction, the property suffered fire damage and was condemned. Trustee collected insurance proceeds and resolved real estate claims. Trustee's Final Report is up for hearing in October 2013. After distribution, Trustee will file her Final Distribution Report and the case will close.

Initial Projected Date of Final Report (TFR): 09/30/12          Current Projected Date of Final Report (TFR): 09/10/13

/s/     Elizabeth C. Berg

_____ Date: 01/27/14

ELIZABETH C. BERG

Ver: 17.04b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 Page: 1

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-38273  -CAD | |
| Case Name: | DARCY, DAVID | |
| | DARCY, RENEE | |
| Taxpayer ID No: | *******0051 | |
| For Period Ending: | 01/20/14 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4387  Money Market Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/11 | 2 | Robert King<br>c/o Western Union Financial Services<br>Payable @ Wells Fargo Bank<br>Grand Junction  CO | Nov '11 Rent - Bayliss | 1122-000 | 600.00 | | 600.00 |
| 12/06/11 | 2 | King, Robert<br>Balckhawk State Bank Money Order<br>1455 West State Street<br>Rockford  IL  661102 | Rent - Dec 2011 | 1122-000 | 500.00 | | 1,100.00 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,100.01 |
| 12/29/11 | | Transfer to Acct #*******2731 | Bank Funds Transfer | 9999-000 | | 1,100.01 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,100.01 | 1,100.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,100.01 | |
| Subtotal | 1,100.01 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,100.01 | 0.00 | |

Page Subtotals                1,100.01        1,100.01

Ver: 17.04b

FORM 2 Page: 17

Page:   2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-38273 -CAD |
| Case Name: | DARCY, DAVID |
| | DARCY, RENEE |
| Taxpayer ID No: | *******0051 |
| For Period Ending: | 01/20/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2731  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4387 | Bank Funds Transfer | 9999-000 | 1,100.01 | | 1,100.01 |
| 02/08/12 | 2 | Tiffiany King P.O. Box 1272 Rockford  IL  61105 | Jan/Feb '12  Rent - Bayliss | 1122-000 | 900.00 | | 2,000.01 |
| 02/16/12 | 2 | Tiffiany King P.O. Box 1272 Rockford  IL  61105 | Additional Feb '12 Rent - Bayliss | 1122-000 | 125.00 | | 2,125.01 |
| 02/17/12 | 003001 | State Farm Insurance Company c/o Jay Janese Insurance Agency 311 Randall Road South Elgin  IL  60177 | Property Insurance Insurance Coverage for Property located at 202 Bayliss, Rockford, IL 1/2 year premium (to 8/2012) | 2420-750 | | 159.50 | 1,965.51 |
| 02/21/12 | 003002 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Trustee Bond Annual Premium Blanket Bond #016026455 | 2300-000 | | 1.53 | 1,963.98 |
| 03/06/12 | 2 | Tiffiany King P.O. Box 1272 Rockford  IL  61105 | Mar '12 Rent - Bayliss | 1122-000 | 500.00 | | 2,463.98 |
| 03/09/12 | 2 | Tiffiany King P.O. Box 1272 Rockford  IL  61105 | Downpayment - Sale RE | 1122-000 | 500.00 | | 2,963.98 |
| | | | Page Subtotals | | 3,125.01 | 161.03 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Ver: 17.04b

FORM 2   Page: 3

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-38273  -CAD |
| Case Name: | DARCY, DAVID |
| | DARCY, RENEE |
| Taxpayer ID No: | *******0051 |
| For Period Ending: | 01/20/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2731  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 2 | Tiffany King<br>P.O. Box 1272<br>Rockford  IL  61105 | Apr '12 Rent - 202 Bayliss | 1122-000 | 500.00 | | 3,463.98 |
| 05/18/12 | 2 | Tiffany King<br>P.O. Box 1272<br>Rockford  IL  61105 | May '12 Rent - Bayliss | 1122-000 | 500.00 | | 3,963.98 |
| 06/22/12 | 2 | Tiffany King<br>P.O. Box 1272<br>Rockford  IL  61105 | June '12 Rent - Bayliss | 1122-000 | 500.00 | | 4,463.98 |
| 08/06/12 | 003003 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin  IL  60177 | Property Insurance<br>Insurance Coverage for Property located at 202 Bayliss, Rockford, IL<br>1/2 year premium (to 2/2013) | 2420-750 | | 160.50 | 4,303.48 |
| 11/06/12 | 2 | Tiffany King<br>P.O. Box 1272<br>Rockford  IL  61105 | Jul, Aug, Sept '12 Rent - Bayliss | 1122-000 | 1,500.00 | | 5,803.48 |
| 02/12/13 | 2 | Tiffany King<br>P.O. Box 1272<br>Rockford  IL  61105 | Oct/Nov 2012 Rent | 1122-000 | 1,000.00 | | 6,803.48 |
| 02/15/13 | 003004 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 5.63 | 6,797.85 |

| | | |
|---|---|---|
| Page Subtotals | 4,000.00 | 166.13 |

FORM 2   Page: 19

Page:   4

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 11-38273  -CAD |
| Case Name: | DARCY, DAVID |
| | DARCY, RENEE |
| Taxpayer ID No: | *******0051 |
| For Period Ending: | 01/20/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2731  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 02/15/13 | 003005 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin  IL  60177 | Property Insurance<br>Insurance Coverage for Property located at 202 Bayliss, Rockford, IL<br>1/2 year premium (to 8/2013) | 2420-750 | | 162.00 | 6,635.85 |
| 02/26/13 | 2 | Tiffiany King<br>P.O. Box 1272<br>Rockford IL  61105 | Dec 12 , Jan -Feb 13 & Down Payment | 1122-000 | 4,000.00 | | 10,635.85 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 10.00 | 10,625.85 |
| 03/12/13 | 003006 | Winnebago County Clerk<br>404 Elm Street, Suite 104<br>Rockford, IL 61101 | Certification of Property Tax - Fee<br>Clerk's fee for certification of property taxes | 2990-000 | | 5.00 | 10,620.85 |
| 03/27/13 | 13 | State Farm Fire and Casualty Company<br>Bloomington, Illinois | LOST RENT INSURANCE PROCEEDS | 1290-000 | 3,000.00 | | 13,620.85 |
| 03/27/13 | 13 | State Farm Fire and Casualty Company<br>Bloomington, Illinois | INSURANCE PROCEEDS FROM FIRE | 1290-000 | 37,140.00 | | 50,760.85 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 16.78 | 50,744.07 |

Page Subtotals       44,140.00         193.78

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2        Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38273 -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | Bank Name: | Congressional Bank |
| | DARCY, RENEE | Account Number / CD #: | *******2731  Checking Account |
| Taxpayer ID No: | *******0051 | | |
| For Period Ending: | 01/20/14 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 05/09/13 | 003007 | WINNEBAGO COUNTY COLLECTOR<br>404 Elm Street, Rm. 101<br>Rockford, IL 61101 | 2010 PROPERTY TAXES<br>2010 Property Taxes for 202 Bayliss Avenue,<br>Rockford, IL 61101. Allowed per Court Order dated<br>May 2, 2013. | 2820-000 | | 2,592.29 | 48,151.78 |
| 05/09/13 | 003008 | WINNEBAGO COUNTY COLLECTOR<br>404 Elm Street, Rm. 101<br>Rockford, IL 61101 | 2011 PROPERTY TAXES<br>202 Bayliss Avenue, Rockford, IL 61101. Allowed<br>per Court Order dated May 2, 2013. | 2820-000 | | 2,436.86 | 45,714.92 |
| 05/09/13 | 003009 | Tiffany King<br>P.O. Box 1272<br>Rockford, IL 61105 | REIMBURSEMENT<br>Reimbursement on account of down payments paid by<br>tenant towards purchase of property.<br>Allowed via Court Order on May 2, 2013. | 8500-002 | | 3,125.00 | 42,589.92 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 52.15 | 42,537.77 |
| 05/30/13 | 003010 | Northern Illinois Service Co.<br>4781 Sandy Hollow Road<br>Rockford  IL  61109 | Demo of 202 Bayliss - Inv.# 6843<br>Allowed per Court Order dated May 2, 2013. | 2990-000 | | 7,650.00 | 34,887.77 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 49.15 | 34,838.62 |

Page Subtotals        0.00        15,905.45

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-38273 -CAD | |
| Case Name: | DARCY, DAVID | |
| | DARCY, RENEE | |
| Taxpayer ID No: | *******0051 | |
| For Period Ending: | 01/20/14 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******2731  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $   100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - June 13 | 2600-000 | | 37.37 | 34,801.25 |
| 07/29/13 | 003011 | Treasurer of Winnebago County<br>P.O. Box 1216<br>Rockford  IL  61105-1216 | 2012 Property Taxes<br>2012 Property Taxes = $2.050.71 - Allowed per Court<br>Order on 7/25/13<br>11-21-108-022 | 2820-000 | | 2,050.71 | 32,750.54 |
| 07/29/13 | 003012 | Renee Darcy<br>c/o James Young, Attorney<br>47 Dupage Court<br>Elgin IL 60120 | Estimated Proration - 2013 Taxes<br>Estimated Proration on account of the 2013 Property<br>Taxes - Allowed per Court Order on 7/25/13. | 2820-000 | | 900.00 | 31,850.54 |
| 08/12/13 | 13 | State Farm Insurance Company<br>c/o Jay Janese Insurance Agency<br>311 Randall Road<br>South Elgin  IL  60177 | Insurance Refund - Property Ins. | 1290-000 | 41.34 | | 31,891.88 |
| 10/21/13 | 003013 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee's Final Compensation | 2100-000 | | 5,815.32 | 26,076.56 |
| 10/21/13 | 003014 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 11,567.00 | 14,509.56 |

| | | | Page Subtotals | | 41.34 | 20,370.40 | |

Ver: 17.04b

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        11-38273 -CAD
Case Name:   DARCY, DAVID
                       DARCY, RENEE
Taxpayer ID No:  *******0051
For Period Ending: 01/20/14

Trustee Name:                            Elizabeth C. Berg
Bank Name:                               Congressional Bank
Account Number / CD #:            *******2731  Checking Account

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/13 | 003015 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL  60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 960.00 | 13,549.56 |
| 10/21/13 | 003016 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorney's Expense Reimbursement | 3120-000 | | 51.26 | 13,498.30 |
| 10/21/13 | 003017 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 50.90056% | 7100-000 | | 750.32 | 12,747.98 |
| 10/21/13 | 003018 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 50.90026% | 7100-000 | | 838.48 | 11,909.50 |
| 10/21/13 | 003019 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 50.90038% | 7100-000 | | 2,190.63 | 9,718.87 |
| 10/21/13 | 003020 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14 | Claim 000004, Payment 50.90023% | 7100-000 | | 1,100.29 | 8,618.58 |

Page Subtotals                    0.00            5,890.98

Ver: 17.04b

FORM 2 Page: 23

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          11-38273  -CAD
Case Name:        DARCY, DAVID
                  DARCY, RENEE
Taxpayer ID No:   *******0051
For Period Ending: 01/20/14

Trustee Name:           Elizabeth C. Berg
Bank Name:              Congressional Bank
Account Number / CD #:  *******2731  Checking Account

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greensboro, NC 27410 | | | | | |
| 10/21/13 | 003021 | Jefferson Capital Systems LLC Purchased From GLOBAL ACCEPTANCE CREDIT PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: COLUMBUS BANK AND TRUST | Claim 000005, Payment 50.90001% | 7100-000 | | 475.91 | 8,142.67 |
| 10/21/13 | 003022 | Jefferson Capital Systems LLC Purchased From COMPUCREDIT CORPORATION PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: ASPIRE CARD | Claim 000006, Payment 50.89962% | 7100-000 | | 272.71 | 7,869.96 |
| 10/21/13 | 003023 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000007, Payment 50.90103% | 7100-000 | | 195.18 | 7,674.78 |
| 10/21/13 | 003024 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000008, Payment 50.90043% | 7100-000 | | 619.56 | 7,055.22 |
| 10/21/13 | 003025 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 50.90009% | 7100-000 | | 1,264.46 | 5,790.76 |
| | | | | | | | |

Page Subtotals                     0.00           2,827.82

Ver: 17.04b

FORM 2   Page: 24

Page:   9

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38273  -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | DARCY, DAVID | | Bank Name: | Congressional Bank |
| | DARCY, RENEE | | Account Number / CD #: | *******2731  Checking Account |
| Taxpayer ID No: | *******0051 | | | |
| For Period Ending: | 01/20/14 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/13 | 003026 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A. POB 41067 Norfolk, VA 23541 | Claim 000010, Payment 50.90025% | 7100-000 | | 4,533.67 | 1,257.09 |
| 10/21/13 | 003027 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. POB 41067 Norfolk, VA 23541 | Claim 000011, Payment 50.90031% | 7100-000 | | 1,257.09 | 0.00 |

| | | | COLUMN TOTALS | | 51,306.35 | 51,306.35 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 1,100.01 | 0.00 | |
| | | | Subtotal | | 50,206.34 | 51,306.35 | |
| | | | Less:  Payments to Debtors | | | 3,125.00 | |
| | | | Net | | 50,206.34 | 48,181.35 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | |
| | | Money Market Account - *******4387 | | 1,100.01 | 0.00 | 0.00 |
| | | Checking Account - *******2731 | | 50,206.34 | 48,181.35 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 51,306.35 | 48,181.35 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 5,790.76 | |

Ver: 17.04b